NATIONAL BEN FRANKLIN FIRE INS. CO. v. THOMPSON. (No. 1108.)

(Court of Civil Appeals of Texas. El Paso. April 8, 1920. Rehearing Denied April 29, 1920.)

Error from District Court, Taylor County; Joe Burkett, Judge.

Suit by W. H. Thompson against the National Ben Franklin Fire Insurance Company. To review judgment for plaintiff, defendant brings error. Affirmed.

Thompson, Knight, Baker & Harris, of Dallas, for plaintiff in error.
Ben L. Cox and W. J. Cunningham, both of Abilene, for defendant in error.

HARPER, C. J. W. H. Thompson brought this suit on a fire insurance policy against appellant for $3,000, and recovered judgment for $1,380. From which it comes here for review.

The pleading, evidence, and the assignments of error are the same as in the case of Fire Association of Philadelphia v. W. H. Thompson, 220 S. W. 795, this day handed down.

For the reasons assigned in that opinion the assignments of error in this case are overruled, and cause affirmed.